NO. 07-10-00230-CR

 

IN THE COURT OF APPEALS

 

FOR THE
SEVENTH DISTRICT OF TEXAS

 

AT
AMARILLO

 

PANEL D

 



AUGUST
10, 2010

 



 

DAVID EUGENE HAMILTON, APPELLANT

 

v.

 

THE STATE OF TEXAS, APPELLEE 



 



 

 FROM THE 46TH DISTRICT COURT OF WILBARGER
COUNTY;

 

NO. 11,394; HONORABLE DAN MIKE BIRD, JUDGE



 



 

Before QUINN,
C.J., and CAMPBELL and PIRTLE, JJ.

 

 

MEMORANDUM OPINION

 

Appellant, David Eugene Hamilton,
filed a notice of appeal challenging his conviction and sentence.  On June 28, 2010, we abated and remanded the
case to allow the filing of a new certification of appellant’s right to
appeal.  Tex. R. App.
P. 25.2(d).  On August 2,
appellant filed, rather than a new certification, a motion to dismiss the
appeal.  The motion is signed by
appellant and his counsel.  Tex. R. App. P. 42.2(a). 
We have delivered no decision on the merits of appellant’s case.  We reinstate the case, dissolve the
abatement, and grant appellant’s motion to dismiss.  Accordingly, the appeal is dismissed.  No motion for rehearing will be entertained
and our mandate will issue forthwith.

 

 

James T. Campbell

          Justice

 

 

Do not
publish.